Check No. 1172856

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 11-05555-JJT | 999-0 | HENRY S PESHALA<br>Original Check written to:<br>HENRY S PESHALA<br>71 METROPOLITAN AVE<br>HUNLOCK CREEK, PA  18621-4412 | | 0.00 | 11.18 | 0.00 | 11.18 |
| 12-01999-RNO | 015-0 | DANIEL W. LOW<br>Original Check written to:<br>FLEETCOR<br>5445 TRIANGLE PARKWAY<br>SUITE 400<br>NORCROSS, GA  30092- | 7385 | 5,882.46 | 38.21 | 0.00 | 38.21 |
| 12-03290-RNO | 005-0 | ROSE L. VANDEWATER<br>Original Check written to:<br>US DEPARTMENT OF HUD<br>C/O DEVAL LLC<br>1255 CORPORATE DRIVE #300<br>IRVING, TX  75038- | 8493 | 0.00 | 259.92 | 0.00 | 259.92 |
| 12-04442-RNO | 001-0 | STEVEN L. ZUCKER<br>Original Check written to:<br>WELLS FARGO<br>,   - | 3075 | 5,936.56 | 322.67 | 0.00 | 322.67 |
| 12-04600-RNO | 015-0 | STEPHEN P. GUNTHER<br>Original Check written to:<br>SALLIE MAE<br>220 LASLEY AVENUE<br>WILKES-BARRE, PA  18706 | 9930 | 15,916.21 | 170.21 | 0.00 | 170.21 |
| 12-04600-RNO | 007-0 | STEPHEN P. GUNTHER<br>Original Check written to:<br>NATIONAL EDUCATION SERVICING<br>200 W MONROE STREET<br>SUITE 700<br>CHICAGO, IL  60606-5057 | 9930 | 16,679.70 | 178.36 | 0.00 | 178.36 |
| 12-05449-RNO | 018-1 | MELINDA C. BROWNLEE<br>Original Check written to:<br>SOVEREIGN LENDING SOLUTIONS<br>P.O. BOX 477<br>BOCA RATON, FL  33429- | 5390 | 0.00 | 443.16 | 0.00 | 443.16 |
| 12-06579-RNO | 007-0 | MICHAEL JERRY MALECKI<br>Original Check written to:<br>LEWISTOWN HOSPITAL<br>400 HIGHLAND AVENUE<br>LEWISTOWN, PA  17044 | 20081930180 | 0.00 | 50.16 | 0.00 | 50.16 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

60-142 / 313

Fulton Bank
Lancaster PA 17604

No. 1172856

September 19, 2017

PAY** One Thousand Four Hundred Seventy Three Dollars and 87 Cents***************

AMOUNT**$1,473.87***********

TO THE ORDER OF

VOID AFTER December 18, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA  17108-

Case 1:12-bk-04600-RNO    Doc 54    Filed 09/19/17    Entered 09/19/17 08:46:40    Desc
Main Document      Page 1 of 1