IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CASE NO. 1:12-bk-04600-RNO |
| | : |
| STEPHEN P. GUNTHER | : |
| VANESSA I. GUNTHER | : |
| | : CHAPTER 13 |
| Debtors | : |

## Change of Address

Previous Address:

Stephen & Vanessa Gunther
42 Mason Street
Unit 1
Salem, MA 01970


THE UPDATED ADDRESS IS:

Stephen & Vanessa Gunther

33 Fairfax Village

Harrisburg PA 17112


  /s/ Robert E. Chernicoff, Esquire                      11/10/17
Signature of Debtor or Debtor's Attorney                    Date