```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 12-04600-RNO
Stephen P. Gunther                                                  Chapter 13
Vanessa I. Gunther
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1            Date Rcvd: Dec 19, 2017
                              Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db/jdb         +Stephen P. Gunther,   Vanessa I. Gunther,   33 Fairfax Village,   Harrisburg, PA 17112-9501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              John F Goryl    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor   M & T Bank ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor   M & T Bank Mcohen@mwc-law.com
              Robert E Chernicoff    on behalf of Debtor 2 Vanessa I. Gunther rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Stephen P. Gunther rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas I Puleo    on behalf of Creditor   M & T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephen P. Gunther  
33 Fairfax Village  
Harrisburg, PA 17112

Vanessa I. Gunther  
fka Vanessa I. Moore  
33 Fairfax Village  
Harrisburg, PA 17112

Chapter 13  
Case No. 1:12−bk−04600−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−6627  
xxx−xx−9930

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 19, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: MMchugh, Deputy Clerk